**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David Cox, DO, and Lucia Flora Ferreras-Cox, husband and wife,<br><br>　　　　Defendants. | CV 08-00229-PHX-SMM<br><br>**CONSENT JUDGMENT** |

　　This matter having come before the Court on the Stipulation for Consent Judgment filed by the parties (Dkt. 7), the Court finding that it has jurisdiction over the subject matter and the parties (see 28 U.S.C. § 1345), and that the allegations of the Complaint and the Stipulation for Consent Judgment are well taken;

　　**IT IS HEREBY ORDERED** that judgment is entered in favor of the United States, and against Defendants, David Cox, DO and Lucia Flora Ferreras-Cox, in the amount of $141,110.18 consisting of $139,442.55 principal, plus $1,667.63 interest computed through July 18, 2007.

//
//
//
//

1    **IT IS FURTHER ORDERED** that interest will continue to accrue from the date of
2 the judgment at the applicable legal post-judgment rate of 2.16 %, pursuant to the Stipulation
3 for Consent Judgment filed herein by the parties.
4    DATED this 5th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge